ONONDAGA COUNTY SAVINGS BANK, Respondent, v. WYCKOFF et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by the Onondaga County Savings Bank against Emma R. Wyckoff and another, impleaded with others. (No. 1.)

PER CURIAM. Order affirmed, with $10 costs and disbursements, with leave to demurring defendants to withdraw demurrer and answer within 20 days from service on their attorney of copy of this order, upon payment of costs of this appeal and of $10 costs of the motion below.

ONONDAGA COUNTY SAVINGS BANK, Respondent, v. WYCKOFF et al. Appellants. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by the Onondaga County Savings Bank against Emma R. Wyckoff and another, impleaded with others. (No. 2.)

PER CURIAM. Order affirmed, with $10 costs and disbursements, with leave to demurring defendants to withdraw demurrer and answer within 20 days from service on their attorney of copy of this order, upon payment of costs of this appeal and of $10 costs of the motion below.

OPPENHEIMER v. TREBLA REALTY CO. et al. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Herman H. Oppenheimer against the Trebla Realty Company and others. No opinion. Motion granted. Order filed. See, also, 150 App. Div. 915, 135 N. Y. Supp. 1130.

OPPENHEIMER, Appellant, v. VAN RAALTE et al., Respondents. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Louis Oppenheimer against Emanuel Van Raalte and another. G. Trosk, of Brooklyn, for appellant. E. H. Sykes, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 151 App. Div. 601, 136 N. Y. Supp. 197.

OTT, Respondent, v. OTT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Edward E. Ott against Albert W. Ott.

PER CURIAM. Judgment affirmed, with costs.

ROBSON and FOOTE, JJ., dissent.

OVERPECK, Respondent, v. HARRISON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by Ida M. Overpeck against Harry Harrison.

PER CURIAM. Order affirmed, with costs.

SPRING, J., not sitting.

PACKARD, Respondent, v. LYON et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by Nathan J. Packard, substituted as plaintiff for the Ulster County Savings Institution, against Anna E. Lyon and others. No opinion. Order affirmed, without costs. See, also, 130 N. Y. Supp. 229.

PAKAS, Respondent, v. HURLEY, Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Solomon L. Pakas against Frank C. Hurley. A. I. Sire, of New York City, for appellant. J. A. Corbin, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 App. Div. 909, 133 N. Y. Supp. 499.

PASCHKE, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by John Paschke against the Long Island Railroad Company. No opinion. Order affirmed, with costs.

PASCHKE, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by John Paschke against the Long Island Railroad Company. No opinion. Motion denied, without costs. See, also, 137 N. Y. Supp. 1132.

PASCHKE, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Lillie Paschke against the Long Island Railroad Company. No opinion. Order affirmed, with costs.

PASCHKE, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by Lillie Paschke against the Long Island Railroad Company. No opinion. Motion denied, without costs. See, also, 137 N. Y. Supp. 1132.

PATE, Appellant, v. LEIGHT, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Mary E. Pate, etc., as administratrix, etc., of Samuel Douglass, deceased, against Charles K. Leight. No opinion. Interlocutory judgment affirmed by default, with costs.

PATTISON v. CUSACK et al. (Supreme Court, Appellate Division, Third Department. October 21, 1912.) Action by George B. Pattison, as substituted trustee, etc., against Kittie Akin Cusack, individually and as trustee, etc., and Ella F. Cusack. No opinion. Judgment affirmed, with costs. See, also, 147 App. Div. 428, 131 N. Y. Supp. 795.

In re PECK'S WILL. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) In the matter of the probate of the

last will and testament of Mary D. Peck, deceased. No opinion. Decree of the Surrogate's Court of Queens county affirmed, with costs.

PENDERGAST, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1912.) Action by Catharine A. Pendergast, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., not sitting.

PEOPLE, Respondent, v. BATTLEORA, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Proceeding by the People of the State of New York against Genaro Battleora. No opinion. Motion denied, on condition that the appellant perfect his appeal, place the case on the next calendar of this court, and be ready for argument when reached; otherwise, motion granted.

PEOPLE v. BELLING. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Proceeding by the People of the State of New York against William H. Belling. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. BERG, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Proceeding by the People of the State of New York against Harry Berg.

PER CURIAM. Judgment of conviction of the Court of Special Sessions affirmed.

JENKS, P. J., dissents.

PEOPLE, Respondent, v. BERG, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Proceeding by the People of the State of New York against Ida Berg. C. B. Harris, of New York City, for appellant. R. C. Taylor, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. BERNSTEIN. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Proceeding by the People of the State of New York against Solomon Bernstein. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

PEOPLE, Respondent, v. BLAU et al., Appellants. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Proceeding by the People of the State of New York against Philip Blau and another. J. A. Leve, of New York City, for appellants. S. L. Richter, of New York City, for the People. No opinion. Order affirmed. Order filed.

PEOPLE v. CAMPBELL. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Proceeding by the People of the State of New York against Patrick A. Campbell. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. CIRRIGIONE, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Proceeding by the People of the State of New York against Paul Cirrigione. No opinion. Motion granted.

PEOPLE, Respondent, v. COCUZZO, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Proceeding by the People of the State of New York against Rose Cocuzzo. No opinion. Motion denied, on condition that the appellant perfect her appeal within 10 days, place the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted.

PEOPLE, Respondent, v. DE JESU, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Proceeding by the People of the State of New York against Philomeno De Jesu. No opinion. Judgment of conviction by the Court of Special Sessions affirmed by default.

PEOPLE, Respondent, v. DE VITO, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Proceeding by the People of the State of New York against Michael De Vito. No opinion. Motion denied, on condition that the appellant perfect his appeal, place the case on the next calendar of this court, and be ready for argument when reached; otherwise, motion granted.

PEOPLE v. DIORIO. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Proceeding by the People of the State of New York against George Diorio. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. ELEFANTO, Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Proceeding by the People of the State of New York against Giuseppe Elefanto.

PER CURIAM. Judgment of conviction of the Court of Special Sessions reversed, and new trial ordered, upon the ground that the defendant was an ignorant and illiterate man, unable to speak the English language, and unaware at the time that he was being tried for the offense charged against him, and was unrepresented by counsel. See, also, 149 App. Div. 958, 133 N. Y. Supp. 1136.

PEOPLE, Respondent, v. ELLISON, Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1912.) Proceeding by the People of the State of New York against James Ellison. G. G. Battle, of New York City,